**Order entered October 7, 2022**



## In the
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-21-00511-CR
No. 05-21-00512-CR
No. 05-21-00513-CR
No. 05-21-00514-CR

**OSCAR MALIK KING, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-71539-M, F21-00153-M, F21-00154-M,**
**F21-00155-M**

### ORDER

Before the Court are two pro se motions filed by Oscar Malik King: (1) Motion to Extend Time to File Brief 10.5(b); and (2) Motion to Suspend. Mr. King is represented by counsel in this appeal, however, and he is not entitled to hybrid representation. *See In re Jackson*, No. 05–02–00106–CV, 2002 WL 172133, at *1 (Tex. App.–Dallas Feb. 5, 2002, orig. proceeding) (mem. op.)

(denying pro se petition for writ of mandamus where relator was represented by counsel in trial court); *see also Rudd v. State*, 616 S.W.2d 623, 625 (Tex. Crim. App. [Panel Op.] 1981) (person represented by counsel is not entitled to hybrid representation). Accordingly, Mr. King may not file motions on his own behalf, and we **DENY** Mr. King's pro se motions on that basis.

/s/     CORY L. CARLYLE
JUSTICE